IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA REYNOSA JACINTO,<br><br>            Petitioner,<br><br>    vs.<br><br>DONALD J. TRUMP, in their official capacity as President of the United States; KRISTI NOEM, in their official capacity as Secretary of the United States Department of Homeland Security; MARCO RUBIO, in their official capacity as Secretary of State of the United States; PAMELA BONDI, in their official capacity as Attorney General of the United States; TODD M. LYONS, in their official capacity as Acting Director of the United States Immigration and Customs Enforcement; PETER BERG, in their official capacity as St. Paul Field Office Director for Enforcement and Removal Operations, United States Immigration and Customs Enforcement; and JEROME J. KRAMER, in their official capacity as Lincoln County Sheriff, Official of Lincoln County Division Center;<br><br>            Respondents. | **4:25CV3161**<br><br>**ORDER SETTING HEARING** |

This matter is set for hearing on Petitioner's Petition for Writ of Habeas Corpus for **August 19, 2025, at 1:30 P.M. in Courtroom 3**, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Senior Judge Joseph F. Bataillon.

Defendants are ordered to produce Petitioner for the hearing in person in accordance with 28 U.S.C. § 2243.

IT IS SO ORDERED.

1

Dated this 15th day of August, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge