IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA REYNOSA JACINTO, | |
| Petitioner, | 4:25CV3161 |
| vs. | |
| JEROME KRAMER, et al. | ORDER FOR TEMPORARY TRANSFER OF CUSTODY |
| Respondents. | |

This matter is before the Court on the Motion Seeking Temporary Transfer of Custody. ([Filing No. 13](#)).

IT IS ORDERED:

The United States' Motion Seeking Temporary Transfer of Custody of MARIA REYNOSA JACINTO on August 19, 2025, is granted.

Dated this 15th day of August, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge